```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :
                                  :
          -v-                     :    INFORMATION
                                  :
FRANCISCO PICADO,                 :    11 Cr.
                                  :
                  Defendant.      :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/14/11

ORIGINAL

'11 CRIM 779

JUDGE KARAS

## COUNT ONE

The United States Attorney charges:

From in or about July 2009 up to and including in or about late Summer 2009, in the Southern District of New York and elsewhere, FRANCISCO PICADO, the defendant, knowing that an offense against the United States had been committed, namely, interstate travel with the intent to injure a spouse, which resulted in the death of that spouse, in violation of Title 18, United States Code, Sections 2261(a)(1) and 2, knowingly did receive, relieve, comfort, and assist the offenders in order to hinder and prevent their apprehension, trial, and punishment, to wit, PICADO drove two individuals who had committed an assault on a victim that resulted in that victim's death from Brooklyn, New York to Miami, Florida.

(Title 18, United States Code, Section 3.)

*Preet Bharara*
PREET BHARARA
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

FRANCISCO PICADO,

Defendant.

---

INFORMATION

11 Cr.

---

PREET BHARARA
United States Attorney for *Southern District of New York*
(914) 993-1940